**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 8, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00524-CV

---

## IN RE MICHAEL REILLY AND RAVAGO AMERICAS D/B/A GENESIS POLYMERS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-47163**

---

## MEMORANDUM OPINION

On July 2, 2019 relators Michael Reilly and Ravago Americas d/b/a Genesis Polymers filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to vacate his June 13, 2019 "Order Denying Defendants' Motion to Dismiss Pursuant to the Texas Citizens Participation Act" ("the June 13

order") and his June 25, 2019 "Trial Preparation Order." The petition argues that such orders violated the stay imposed by section 51.014(b) of the Texas Civil Practice and Remedies Code.

Relators have appealed the denial of their motion to dismiss, which is pending in our court as No. 14-19-00336-CV ("the appeal"). Our court has issued an order in the appeal, pursuant to Texas Rule of Appellate Procedure 29.3, staying the June 13 order and the June 25 Trial Preparation Order. This order enforces the stay imposed by section 51.014(b) of the Texas Civil Practice and Remedies Code. We therefore dismiss relators' petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.